1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

SANDRA LAHAIE,                        )         CASE NO. CV 14-1108  AGR

12

                  Plaintiff,     )

13

             v.                      )         JUDGMENT

14

CAROLYN W. COLVIN, Commissioner )
of Social Security,                   )

15

                  Defendant.     )

16

_____ )

17

     In accordance with the Memorandum Opinion filed concurrently herewith,

18

     IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19

Commissioner of Social Security Administration.

20
21
22

DATED: December 30, 2014

23

                              ALICIA G. ROSENBERG
                        United States Magistrate Judge

24
25
26
27
28